[No. 2588.]

DUNCAN v. THOMAS, A LUNATIC, BY LINDSEY AS HIS CONSERVATOR.

**Opinion Followed.**

The judgment in this case is affirmed on the opinion in the case of Duncan v. Thomas, etc., ante, page 522.

*Appeal from the District Court of Arapahoe County.*

Messrs. DUNCAN & ANDREWS, for appellant.

Mr. H. S. VAUGHN, for appellee.

GUNTER, J.

This case differs in no essential from case of the same title decided at the present term of this court. Here the suit is upon the appeal bond given in effecting an appeal from the county court to the district court. There the action was upon the appeal bond given in carrying the case from the district court to the supreme court.

For the reasons given in such former decision the judgment of the lower court herein is affirmed.

*Affirmed.*